## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHARLES ASHFORD,
ADC #133975                                                                                           PLAINTIFF

v.                                    5:12-cv-00113-SWW-JTK

WARDEN STRAUGHN                                                                             DEFENDANT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Proceed in forma pauperis (Doc. No. 1) is DENIED.

IT IS FURTHER ORDERED that, should Plaintiff wish to continue prosecuting this case, he must submit the statutory filing fee of $350 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

IT IS FURTHER ORDERED that Plaintiff's motion for an extension of time to file objections (docket entry #13) is DENIED AS MOOT. The Court has considered the objections filed by Plaintiff.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 14th day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE