**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES ASHFORD,
ADC #133975                                                                                                    PLAINTIFF

v.                               5:12-cv-00113-SWW-JTK

WARDEN STRAUGHN                                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 14th day of June, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE